UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BENIGNO FELIX MATOS,
                              Plaintiff,

-against-

LA ISLA CUCHIFRITOS CORP., et al.,

                              Defendants.
-------------------------------------------------------------X

21 Civ. 2821 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated April 26, 2021, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference;

    WHEREAS, the initial pretrial conference is scheduled for **June 10, 2021, at 11:00 a.m.**;

    WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

    **ORDERED** that the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **June 7, 2021, at noon**.

Dated: June 4, 2021
       New York, New York

                                                  **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**