UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BENIGNO FELIX MATOS,

      Plaintiff,

  -against-

LA ISLA CUCHIFRITOS CORP., ET AL.,

      Defendant.
-------------------------------------------------------------X

21 Civ. 2821 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

 WHEREAS, the initial pretrial conference in this matter is scheduled for June 10, 2021,

 WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

 **ORDERED** that the June 10, 2021, initial pretrial conference is **canceled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters. It is further

 **ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with mediation in the Court's mediation program, they shall file a joint letter on ECF requesting a referral.

 The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: June 8, 2021
   New York, New York

                   _____
                     LORNA G. SCHOFIELD
                    UNITED STATES DISTRICT JUDGE