```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
BENIGNO FELIX MATOS,                                          :
                                  Plaintiff,                  :
                                                              :         21 Civ. 2821 (LGS)
              -against-                                       :
                                                              :              ORDER
LA ISLA CUCHIFRITOS CORP., et al.,                            :
                                  Defendants.                 :
                                                              :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated June 8, 2021, required the parties to file a status letter on August 10, 2021, as outlined in Individual Rule IV.A.2;

WHEREAS, the parties failed to submit the letter. It is hereby

**ORDERED** that, by **August 16, 2021**, the parties shall file the status letter.

Dated: August 11, 2021
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**