```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
BENIGNO FELIX MATOS,                                        :
                              Plaintiff,                    :
                                                            :   21 Civ. 2821 (LGS)
              -against-                                     :
                                                            :           ORDER
LA ISLA CUCHIFRITOS CORP., et al.,                          :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated August 11, 2021, required the parties to file a status letter on August 16, 2021, as outlined in Individual Rule IV.A.2;

WHEREAS, the parties failed to submit the letter.  It is hereby

**ORDERED** that the parties shall comply with the August 11, 2021, Order as soon as possible and no later than **August 20, 2021**.  Failure to comply with this Order may result in sanctions, including dismissal with prejudice for failure to prosecute.

Dated: August 17, 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE