

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

T: 718.275.6700 • F: 718.275.6704

September 15, 2021

**Application GRANTED. The show cause hearing scheduled for September 23, 2021, at 11:45 a.m. is adjourned to September 30, 2021, at 11:30 a.m. The hearing will be held telephonically on conference line 888-363-4749 with access code 5583333.**

**Dated: September 16, 2021
New York, New York**

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**VIA ECF**

Magistrate Judge Lorna G. Schofield
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **Benigno Felix Matos v. La Isla Cuchifritos Corp. et al.
Case No. 21-cv-02821**

Dear Magistrate Schofield,

    I represent the Defendant in the above matter.

    At the outset, let me thank the Court for granting an adjournment for the show cause hearing, originally scheduled for September 16, now adjourned to September 23, 2021. Unfortunately, I am scheduled to begin a jury trial before Magistrate Judge Wang beginning on September 22, 2021 and ending on September 28, 2021(Order annexed to this email).

    I respectfully ask the Court for an adjournment to a date after September 28, 2021. Please note that all discovery has been forwarded to Mr. Samuel.

Respectfully Submitted,

_____/s/_____
Stephen D. Hans (SH-0798)
30-30 Northern Boulevard, Suite 401
Long Island City, NY 11101
Tel: 718-275-6700