UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BENIGNO FELIX MATOS,
                          Plaintiff,

                   21 Civ. 2821 (LGS)

            -against-

                   ORDER

LA ISLA CUCHIFRITOS CORP., et al.,
                        Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Case Management Plan, (Dkt. No. 21), required any party wishing to file a summary judgment or other dispositive motion to file a pre-motion letter at least two weeks before the October 21, 2021, conference;

      WHEREAS, no party filed a pre-motion letter;

      WHEREAS, the parties indicated they did not intend to file summary judgment or other dispositive motions during the telephonic conference held on September 30, 2021. It is hereby

      **ORDERED** that the **October 21, 2021**, conference is **CANCELLED**.

Dated: October 8, 2021
       New York, New York

                                           LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE