UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
BENIGNO FELIX MATOS,
                             Plaintiff,

                21 Civ. 2821 (LGS)

          -against-

                ORDER

LA ISLA CUCHIFRITOS CORP., et al.,
                          Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Plaintiff stated that Defendants anticipate filing a Rule 68 offer of judgment on Monday, October 18, 2021 (Dkt. No. 38);

    WHEREAS, no offer of judgment was filed. It is hereby

    **ORDERED** that, per Federal Rule of Civil Procedure 68(a), by **October 22, 2021**, if Defendants have not done so already, they shall serve on Plaintiff an offer of judgment, and by November 5, 2021, Plaintiff shall serve on Defendants any notice of acceptance of the offer, which either party shall file by November 9, 2021. If Defendants have served an offer of judgment, by October 22, 2021, they file a status letter with the Court. If Defendants do not intend to serve an offer of judgment, by October 22, 2021, the parties shall file a joint status letter providing an update on settlement discussions and proposing next steps.

Dated: October 20, 2021
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                     UNITED STATES DISTRICT JUDGE