UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
BENIGNO FELIX MATOS,                                        :
                          Plaintiff,                        :
                                                            :           21 Civ. 2821 (LGS)
            -against-                                       :
                                                            :               ORDER
LA ISLA CUCHIFRITOS CORP., et al.,                          :
                          Defendants.                       :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties filed a proposed judgment on November 8, 2021 (Dkt. No. 41);

WHEREAS, the Clerk of Court identified deficiencies with the parties' filing.  It is hereby

**ORDERED** that the parties shall correct the deficiencies by **November 16, 2021**.

Dated:  November 15, 2021
        New York, New York

                                                    _____
                                                           **LORNA G. SCHOFIELD**
                                                       **UNITED STATES DISTRICT JUDGE**