UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ X
BENIGNO FELIX MATOS

                                                  JUDGMENT

                Plaintiff~~s~~,                    21-CV-02821

   v.

LA ISLA CUCHIFRITOS CORP.
d/b/a RESTAURANTE
LA ISLA CUCHIFRITOS ARMANDO TESTA
AND LOURDES TESTA

                Defendants.
_____X

                                                                                  November 4,

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on ~~October 29,~~ 2021; and LA ISLA CUCHIFRITOS CORP. d/b/a RESTAURANTE LA ISLA CUCHIFRITOS ARMANDO TESTA AND LOURDES TESTA having offered to allow judgment in this action to be taken against them and in favor of Plaintiff~~s~~ BENIGNO FELIX MATOS in the amount of $42,000.00, inclusive of attorneys' fees, costs, and prejudgment interest accrued to date; it is

      ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff~~s~~ BENIGNO FELIX MATOS and against Defendants LA ISLA CUCHIFRITOS CORP. d/b/a RESTAURANTE LA ISLA CUCHIFRITOS, ARMANDO TESTA AND LOURDES TESTA in the amount of $42,000.00, inclusive of attorneys' fees, costs, and prejudgment interest accrued to date.

Dated: New York, New York
       ~~November 8, 2021~~
       November 18, 2021

                                                              LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE